## KRIEGER'S CLEANERS & DYERS INC v BENNER

Ohio Supreme Court

No 22625. Decided April 15, 1931

Marshall, CJ, Jones, Matthias, Day, Kinkade and Robinson, JJ, concur.

Full opinion will be published later. Watch **Omnibus Index.**

## N Y C RD CO v P U C

Ohio Supreme Court

No 22683. Decided April 15, 1931

Marshall, CJ, Jones, Matthias, Allen, Kinkade and Robinson, JJ, concur.

Full opinion will be published later. Watch **Omnibus Index.**

## ZELLER v STATE

Ohio Supreme Court

No 22637. Decided April 15, 1931

Jones, Matthias, Allen and Kinkade, JJ, concur.

Full opinion will be published later. Watch **Omnibus Index.**